LEONARD DAVIS
UNITED STATES DISTRICT JUDGE

JOHN LOVE
STAFF ATTORNEY

PATRICK HAGGERTY
LAW CLERK

ROSA FERGUSON
COURT ROOM DEPUTY

LORIE HUGHES
SECRETARY



# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

October 14, 2004

RECEIVED
FINANCIAL DISCLOSURE OFFICE
Oct 19 10 53 AM '04

Mary M. Lisi, Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:     Amendment to Calendar Year 2003 Report

Dear Judge Lisi:

In response to your letter of October 13, 2004 please accept this as an amendment to my 2003 report.

The property listed on line 3 of Part 7 of my 2002 report entitled, "Farm-Smith County Texas" was inadvertently left off my 2003 report. I do still own the farm. The columns are as follows:

- Column A - "Farm - Smith County, Texas"
- Column B - "none"
- Column C(1) - "O"
- Column C(2) - "W"
- Column D(1) - "Cattle Sales"
    (2) - "10-03"
    (3) - " K"
    (4) - "D"
    (5) - "Williams Cattle Company"

If you need any additional information, please do not hesitate to contact me.

Yours very truly,



Leonard Davis

211 WEST FERGUSON STREET, SUITE 318      TYLER, TEXAS 75702      (903) 590-1084      (903) 590-1190 (FAX)

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Davis, Leonard E | 2. Court or Organization<br><br>Eastern District of Texas | 3. Date of Report<br><br>5/3/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S District Judge (Active) | 5. Report Type (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ⦿ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>211 West Ferguson Street<br><br>Tyler, TX 75702 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. U. S. District Judge | U. S. Courts - Eastern District of Texas |
| 2. Board of Directors | University of Texas at Tyler Educational Foundation |
| 3. Board of Directors | University of Texas Health Center at Tyler Development Board |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 10 10 36 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | U. S. Judges Administrative Office - Federal Judicial Salary | 149195 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | All Saints Episcopal School |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Dana L. Davis | QDRO Debt | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Leonard E | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. CD's (Merrill Lynch) | B | Interest | | | Redemption | 3/26 | K | | |
| 2. CD's (Merrill Lynch) | B | Interest | | | Redemption | 5/28 | K | | |
| 3. CD's (Merrill Lynch) | B | Interest | | | Redemption | 7/7 | K | | |
| 4. Corporate High Yield Fund | B | Interest | | | Sell | 5/27 | K | A | |
| 5. Campbell Strategic Allocation | | | | | Sell | 8/20 | L | D | |
| 6. Alliance Bernstein Premier Growth | A | Dividend | K | T | | | | | |
| 7. Davis NY Venture | A | Dividend | J | T | Buy | 10/17 | J | | |
| 8. Davis NY Venture | | | J | T | QDRO Distrib | 10/9 | M | | |
| 9. CDC Nvest Select | | | J | T | QDRO Distrib | 10/9 | L | | |
| 10. Delaware Group Trend | | | J | T | QDRO Distrib | 10/9 | L | | |
| 11. ML Global Small Cap | | | J | T | QDRO Distrib | 10/9 | K | | |
| 12. ML Large Cap Growth | | | J | T | QDRO Distrib | 10/9 | L | | |
| 13. ML Small Cap Value | | | J | T | QDRO Distrib | 10/9 | L | | |
| 14. Putnam International | | | J | T | QDRO Distrib | 10/9 | L | | |
| 15. Templeton Fund | | | J | T | QDRO Distrib | 10/9 | L | | |
| 16. Alliance Bernstein Premier Growth - ▮▮▮ Acount | A | Dividend | J | T | Sell | 5/15 | J | A | |
| 17. Davis NY Venture - ▮▮▮ Account | A | Dividend | J | T | Sell | 5/15 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Davis, Leonard E | 5/3/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

In Part VII, QDRO Distribution means a distribution ▮▮▮▮ pursuant to a Qualified Distribution Order entered in ▮▮▮▮ proceeding on August 15, 2003.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date _5 - 4 - 0 4_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003 (Revised 7/27/04)

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davis, Leonard E | Eastern District of Texas | 7/27/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S District Judge (Active) | ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 211 West Ferguson Street  Tyler, TX 75702 | Reviewing Officer_____ Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | University of Texas at Tyler Educational Foundation |
| 2. | Board of Directors | University of Texas Health Center at Tyler Development Board |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED
AUG 2 11 30 AM '04
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | All Saints Episcopal School |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Dana L. Davis | QDRO Debt | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Leonard E | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. CD's (Merrill Lynch) | B | Interest | | | Redemption | 3/26 | K | | |
| 2. CD's (Merrill Lynch) | B | Interest | | | Redemption | 5/28 | K | | |
| 3. CD's (Merrill Lynch) | B | Interest | | | Redemption | 7/7 | K | | |
| 4. Corporate High Yield Fund | B | Interest | | | Sell | 5/27 | K | A | |
| 5. Campbell Strategic Allocation | | None | | | Sell | 8/20 | L | D | |
| 6. Alliance Bernstein Premier Growth | A | Dividend | K | T | | | | | |
| 7. Davis NY Venture | A | Dividend | J | T | Buy | 10/17 | J | | |
| 8. Davis NY Venture | | None | J | T | QDRO Distrib | 10/9 | M | | |
| 9. CDC Nvest Select | | None | J | T | QDRO Distrib | 10/9 | L | | |
| 10. Delaware Group Trend | | None | J | T | QDRO Distrib | 10/9 | L | | |
| 11. ML Global Small Cap | | None | J | T | QDRO Distrib | 10/9 | K | | |
| 12. ML Large Cap Growth | | None | J | T | QDRO Distrib | 10/9 | L | | |
| 13. ML Small Cap Value | | None | J | T | QDRO Distrib | 10/9 | L | | |
| 14. Putnam International | | None | J | T | QDRO Distrib | 10/9 | L | | |
| 15. Templeton Fund | | None | J | T | QDRO Distrib | 10/9 | L | | |
| 16. Alliance Bernstein Premier Growth - ▇▇▇ Account | A | Dividend | J | T | Partial Sale | 5/15 | J | A | |
| 17. Davis NY Venture ▇▇▇ Account | A | Dividend | J | T | Partial Sale | 5/15 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | | Date of Report |
|---|---|---|
| Name of Person Reporting | | 5/3/2004 |
| Davis, Leonard E | | |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Abbot Labs – See Line 15 2002 Report | | | | - | Sold 2002 | 9/02 | J | A | |
| 19. | Bank of America Accounts | B | Interest | L | T | | | | | |
| 20. | W. Loop Tract - Smith County | | None | K | W | | | | | |
| 21. | Mineral Rights, Vermillion Lands Trust, Cananada | | None | J | W | | | | | |
| 22. | Royalty, Lynx Energy Co., Smith County, Texas | A | Royalty | J | W | | | | | |
| 23. | Royalty, BP Amoco Production Co., LeFlore County, Oklahoma | D | Royalty | K | W | | | | | |
| 24. | Working Interest, Hallwood Petroleum, Panola County, Texas | A | Distribution | J | W | | | | | |
| 25. | Working Interest, Hopewell Operating Co., Texas | A | Distribution | J | W | | | | | |
| 26. | Working Interest, Pure Oil Co., Texas | A | Distribution | J | W | | | | | |
| 27. | Cash Equivalents - Line 218, 2002 Report | A | Interest | J | T | QDRO Distrib | 10/9 | J | A | |
| 28. | Cash Equivalents - Line 223, 2002 Report - ▆▆▆ Acct. | A | Interest | J | T | | | | | |
| 29. | ML Large Cap Core - Line 222, 2002 Report - ▆▆▆ Acct. | A | Interest | J | T | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | | | |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | | | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | | | |
| | U = Book Value | V = Other | W = Estimated | | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Davis, Leonard E | 7/27/2004 |

## VIII   ADDITIONAL INFORMATION OR EXPLANATIONS       (Indicate part of Report.)

In Part VII, QDRO Distribution means a distribution to ▮▮▮▮ pursuant to a Qualified Distribution Order entered in ▮▮▮▮ proceeding on August 15, 2003.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____    Date _7/27/04_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544